CATHOLIC YOUTH ORGANIZATION (CYO) and Aetna Insurance Company.

No. 48940.

Nov. 10, 1967.

Writ refused. On the facts found by the Court of Appeal the result is correct.

203 So.2d 559

Leona STOLTZ

v.

Joseph M. McCONNELL.

No. 48934.

Nov. 10, 1967.

Writ refused. The result is correct.

203 So.2d 560

STATE of Louisiana ex rel. Leon BRENT

v.

Wingate WHITE, Warden of Louisiana State Penitentiary.

No. 48974.

Nov. 10, 1967.

Writ refused. The ruling complained of is correct.